# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT OF FORFEITURE IN A CIVIL CASE**

**United States of America**

    vs.                                  **CASE NUMBER: 08-CV-1238 (NAM/GHL)**

**One 2006 Buick Lacrosse Sedan, New York License Plate No. EDR-2140**
**VIN# 2G4WC582261189912**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion for Arrest in Rem is granted, all claims with regard to the 2006 Buick Lacrosse Sedan noted herein are barred and foreclosed forever, all right, title and interest to the property is forfeited to the United States of America for disposition in accordance with law, further ordered that the costs of this action are to be borne by the United States of America.

All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue, dated the 18th day of February, 2009.

DATED: February 18, 2009

*[signature]*
Clerk of Court

s/

Joanne Bleskoski

Deputy Clerk